NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN SCOTT,                                )
                                           )
            Petitioner,                    )
                                           )
v.                                         )        Case No. 2D18-3532
                                           )
LEE COUNTY, a political subdivision of     )
the State of Florida,                      )
                                           )
            Respondent.                    )
_____)

Opinion filed January 23, 2019.

Petition for Writ of Certiorari to the Circuit
Court for the Twentieth Judicial Circuit for
Lee County; sitting in its appellate capacity.

Colleen J. MacAlister of Law Offices of
Colleen J. MacAlister, Naples, for
Petitioner.

Richard Wesch, County Attorney, and
Mark A. Trank, Assistant County Attorney,
Fort Myers, for Respondent.


PER CURIAM.


            Denied.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.